STATE OF CONNECTICUT *v.* BRYANT BROWNE

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 351 (AC 23041), is denied.

*Mark Rademacher*, assistant public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided October 13, 2004

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 263 (AC 23614), is denied.

Decided October 13, 2004